JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIU BINGJI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH T. CUCCINELLI, et al.,<br><br>　　　　Defendants. | No. CV 20-2183 JFW (JEMx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Honorable John F. Walter<br>United States District Judge |

In light of the parties' Stipulation Dismissing Action Without Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs, fees, and expenses.

DATED: June 5, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by,

　*/s/ Aaron C.G. Carpenter*
AARON C.G. CARPENTER
Assistant United States Attorney